ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
ARMANDO REVUELTA-RODRIGUEZ


                    IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-CR-00419-LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| ARMANDO REVUELTA-RODRIGUEZ, | |
| Defendant. | |

        The defendants: 1)ARMANDO REVUELTA-RODRIGUEZ, through

his attorney ROBERT L. FORKNER together with the United States

of America through its undersigned counsel, KATHLEEN ANN

SERVATIUS, Assistant United States Attorney, hereby stipulate

and request the following:

        1.  That the Sentencing presently set for October 22, 2012

be vacated and rescheduled for Monday, November 26, 2012 at

10:00 a.m. in Courtroom 4 before the Honorable District Court

Judge, Lawrence J. O'Neill.

        2.  Defense counsel received a revised Presentence

Investigation Report from the US Probation Officer on October 10, 2012.

3. The defense has not been able to arrange for a certified Spanish interpreter to travel to where Mr. Revuelta-Rodriguez is being detained before the currently scheduled sentencing date.

4. The defense requests additional and adequate time to review the Presentencing Report with the defendant and potentially file objections to the report.

5. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated:  October 18, 2012        /s/ Robert L. Forkner
                                ROBERT L. FORKNER
                                Attorney for Defendant
                                ARMANDO REVUELTA-RODRIGUEZ

Dated:  October 18, 2012        BENJAMIN B. WAGNER
                                United States Attorney


                                by: /s/ Kathleen Ann Servatius
                                Assistant United States Attorney

1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of Robert L. Forkner
2  722 Thirteenth Street
   Modesto, CA 95354
3  Telephone:(209)544-0200
   Fax:     (209)544-1860
4
5  Attorney for Defendant
   ARMANDO REVUELTA-RODRIGUEZ
6
7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        ) No. 1:06-CR-00419-LJO
                                    )
11        Plaintiff,                )
                                    )   ORDER TO
12 v.                               )   CONTINUE SENTENCING
                                    )
13                                  )
   ARMANDO REVUELTA-RODRIGUEZ,      )
14                                  )
                                    )
15        Defendant.                )
                                    )
16 _____ )

17      GOOD CAUSE APPEARING, it is hereby ordered that the October

18 22, 2012  Sentencing be continued to November 26, 2012 at 10:00

19 a.m.  I find that the ends of justice warrant an exclusion of

20 time and that the defendant's need for continuity of counsel and

21 reasonable time for effective preparation exceeds the public

22 interest in a trial within 70 days.  THEREFORE IT IS FURTHER

23 ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)

24 (7) (B) (iv) from the date of this order to November 26, 2012.

25

26 IT IS SO ORDERED.

27   Dated:  __October 19, 2012__          ____/s/ Lawrence J. O'Neill__
                                          UNITED STATES DISTRICT JUDGE
28

                        Stipulation and Proposed Order
                                    - 3 -